**United States District Court**
For the Northern District of California

1

2

3                          UNITED STATES DISTRICT COURT

4                          NORTHERN DISTRICT OF CALIFORNIA

5

6

7    BETTY P. ELGAR,

8              Plaintiff,                         No. C 06-7414 PJH

9         v.                                      **ORDER DISMISSING COMPLAINT
                                                  AND DENYING REQUEST TO**
10   ALAMEDA UNIFIED SCHOOL                       **PROCEED IN FORMA PAUPERIS**
     DISTRICT,
11
               Defendant.
12   _____/

13        The court has received plaintiff's complaint and application to proceed in forma

14   pauperis, both filed in this court on December 4, 2006.  Because there is no legal basis for

15   plaintiff's complaint, the Court denies plaintiff's application and dismisses the complaint sua

16   sponte.

17        Under 28 U.S.C. § 1915(a), "[a]ny court of the United States may authorize the

18   commencement . . . of any suit . . . without prepayment of fees and costs or security

19   therefor, by a person who makes affidavit that he is unable to pay such costs or give

20   security therefor."  In reviewing an application to proceed in forma pauperis, the court may

21   dismiss a case sua sponte if the court determines that the party applying for in forma

22   pauperis status has filed a frivolous action.  28 U.S.C. § 1915(e)(2); Jackson v. Arizona,

23   885 F.2d 639, 640 (9th Cir. 1989).  For purposes of 28 U.S.C. § 1915, a frivolous claim is

24   one that lacks an arguable basis in either law or fact.  Neitzke v. Williams, 490 U.S. 319,

25   325, 109 S. Ct. 1827, 1831-32 (1989).  Dismissal on these grounds are often made sua

26   sponte prior to the issuance of process, so as to spare prospective defendants the

27   inconvenience and expense of answering such complaints.  Id., 490 U.S. at 324, 109 S. Ct.

28   at 1831.  Where a litigant is acting pro se and the court finds the litigant's complaint

**United States District Court**
For the Northern District of California

1   frivolous within the meaning of 28 U.S.C. § 1915(e)(2), the court must give the litigant

2   notice of the deficiencies of the complaint and an opportunity to amend before final

3   dismissal, unless it is absolutely clear that the deficiencies of the complaint could not be

4   cured by amendment. Noll v. Carlson, 809 F.2d 1446, 1448 (9th Cir. 1987); Eldridge v.

5   Block, 832 F.2d 1132, 1135-37 (9th Cir. 1987).

6         Plaintiff's complaint is stated in the form of a letter addressed "To Whom It May

7   Concern." See Complaint, p.1. Plaintiff, who alleges that she was involved "with Alameda

8   Multi-cultural Community Center," states that she has concerns "about the Alameda Unified

9   School District." See id. Specifically, plaintiff alleges that she has "made a difference at

10  Alameda Unified School District" but that community leaders "never give [her] recognition at

11  all." Id. Without stating the nature of her work for the school district or the type of

12  "recognition" that plaintiff seeks, plaintiff also alleges that she "felt discriminated" against.

13  Id. at p. 4. Plaintiff also claims to have "powerful information from Washington, D.C. and

14  Sacramento, Ca," as well as certain documents, which she alleges could be worth "100

15  billion dollars each." Id. at p. 5.

16        It is impossible to discern from plaintiff's complaint the legal theories under which

17  she seeks relief. Plaintiff states no basis for the court's subject matter jurisdiction, and

18  does not identify any recognizable causes of action. As such, plaintiff has failed to set forth

19  "a short and plain statement of the claim showing that the pleader is entitled to relief" as

20  required by Rule 8 of the Federal Rules of Civil Procedure. Accordingly, pursuant to its

21  authority under 28 U.S.C. § 1915(e)(2), the court hereby DISMISSES plaintiff's complaint,

22  and plaintiff's request to proceed in forma pauperis is DENIED.

23        The court will, however, allow plaintiff an opportunity to file an amended complaint.

24  For that amended complaint to be successful, plaintiff must demonstrate a basis for federal

25  subject matter jurisdiction, must allege separate causes of action, must state a

26  constitutional or statutory basis for each cause of action, and must allege facts showing

27  each defendant's personal involvement in the wrongful act alleged in each cause of action,

28

2

as well as plaintiff's harm or injury.  Any amended complaint must be filed no later than **February 5, 2007**.  If no timely amended complaint is filed, the case will be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 8, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

**United States District Court**
For the Northern District of California

3