UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BETTY P. ELGAR,

        Plaintiff(s),                        No. C 06-7414 PJH

    v.                                   **ORDER OF DISMISSAL**

ALAMEDA UNIFIED SCHOOL DISTRICT,

        Defendant(s).

_____/

      Pro se plaintiff Betty Elgar filed a five-page letter setting forth her "concerns" about various subjects on December 4, 2006. The letter was construed by the Clerk's Office as a complaint. She also requested leave to proceed in forma pauperis ("IFP"). On January 8, 2007, the court dismissed the complaint pursuant to 28 U.S.C. § 1915(e), and denied the IFP request because the "complaint" was incomprehensible and failed to set forth any basis for this court's subject matter jurisdiction or any legal theory or claim for relief. The dismissal was with leave to amend and included notice to plaintiff of the deficiencies of her complaint.

      Within the time provided for the filing of the amended complaint, plaintiff submitted another letter in which she requested an "appeal of a motion of the Alameda Unified School District of order dismissing complaint and denying request to proceed in forma pauperis." The school district has not been served with plaintiff's "complaint" nor has it filed any motion. As the time has passed for plaintiff to file an amended complaint, the court construes this second letter, which was timely filed, as an amendment. The second letter is also incomprehensible and it is impossible to discern the legal theories under which she seeks relief, or even what relief she seeks. Moreover, it is impossible to determine if this court has jurisdiction to adjudicate any claim that plaintiff may be attempting to assert.

1       Accordingly, the complaint is dismissed for failure to state a claim and for lack of
2 subject matter jurisdiction.
3       IT IS SO ORDERED.
4 Dated: February 12, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge